STATE OF NEW JERSEY v. JAMES KENNEDY.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM A. GAETA.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS HOAGLAND.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE RAMIREZ.

February 17, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS CONROY.

February 17, 1988.

Petition for certification denied.